TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ALORICA, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STARR SURPLUS LINES INSURANCE COMPANY, an Illinois Corporation, and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 8:19-cv-00690-JVS-KES<br><br>**JUDGMENT**<br><br>Date:　　March 2, 2020<br>Time:　　1:30 p.m.<br>Place:　　Courtroom 10C |

40760991

This action came on for hearing before the Court on March 2, 2020, Hon. James V. Selna District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the plaintiff Alorica, Inc. ("Alorica") take nothing by way of its Complaint, that the action be dismissed on the merits, and that defendant Starr Surplus Lines Insurance Company ("Starr") recover its costs.

IT IS SO ORDERED.

Dated: April 09, 2020

_____
HON. JAMES V. SELNA